UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WILLIAM CECERE IV,

                              Plaintiff,

        v.

CANISIUS UNIVERSITY f/k/a CANISIUS COLLEGE
and DR. AIMEE LARSON,

                              Defendants.

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Civil No.: 24-cv-00155

        Defendant Canisius University f/k/a Canisius College, a not-for-profit corporation, states

that it has no parent corporation and that no publicly traded corporation owns 10% or more of its

equity.

Dated:        Rochester, New York
              March 15, 2024

                              **HODGSON RUSS LLP**
                              *Attorneys for Defendants Canisius
                              University and Dr. Aimee Larson*


                              By:        /s/ Joshua B. Levitt
                                    Thomas S. D'Antonio
                                    Joshua B. Levitt
                              1800 Bausch & Lomb Place
                              Rochester, New York 14604
                              Telephone: (585) 454-0700
                              tdantonio@hodgsonruss.com
                              jlevitt@hodgsonruss.com


TO:        Steven M. Cohen, Esq.
           Tiveron Law, PLLC
           2410 North Forest Road, Suite 301
           Amherst, NY 14068
           (716) 636.7600